PETRAS ET AL., APPELLEES, *v.* OHIO CONCRETE CONSTRUCTION COMPANY ET AL.; TOWER CITY DEVELOPMENT, INC. ET AL., APPELLANTS.

[Cite as *Petras v. Ohio Concrete Constr. Co.* (1995), 74 Ohio St.3d 186.]

(No. 94–1830—Submitted December 6, 1995—Decided December 27, 1995.)

---

*Dennis Seaman & Associates* and *David A. Kulwicki,* for appellees.

*Law Offices of Jan A. Saurman* and *Alan B. Glassman,* for appellants Tower City Development, Inc. and Forest City Commercial Construction Company, Inc.

*McLaughlin, McNally & Carlin* and *Thomas M. Vasvari; Casper & Casper* and *Michael R. Thomas,* urging affirmance for *amicus curiae,* Ohio Academy of Trial Lawyers.

*Calfee, Halter & Griswold* and *Wm. Tousley Smith,* urging reversal for *amicus curiae,* Automatic Sprinkler Corporation of America.

---

The judgment of the court of appeals is reversed on the authority of *Bond v. Howard Corp.* (1995), 72 Ohio St.3d 332, 650 N.E.2d 416. Final judgment for appellants.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.